## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 01-21197 |
| SMITH STEEL CASTING CO., INC. | § | |
|   P.O. Box 969 | § | |
|   Marshall, TX 75671 | § | |
| TIN #: 75-0717232-2 | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

### TRUSTEE'S NOTICE TO DEPOSIT FUNDS INTO THE REGISTRY
### OF THE UNITED STATES BANKRUPTCY COURT

    1.    The Trustee of this estate has made distribution of the funds of this estate in accordance with the Final Report and Proposed Distribution previously approved by this Court, and has made re-distributions in accordance with Trustee's Notice of Redistribution of Funds filed on May 12, 2009, and October 23, 2009.

    2.    Pursuant to Bankruptcy Rule 3010(a), no dividend in an amount of less than $5 should be distributed by the trustee. The following funds are *de minimus* distributions and should be paid into the registry of the court:

| Claimant Name | Claim # | Amount of Distribution |
|---|---|---|
| Music Mountain Water | 1 | 1.33 |
| Matthewson Drug Co. | 12 | 1.94 |
| Bruce DeBeer, O.D. | 16 | 2.95 |
| Sherwin Williams Co. | 17 | .64 |
| Allied Veterinary Hospital | 18 | .25 |
| Avaya Communications | 26 | 2.17 |
| Wholesale Electric Supply | 32 | 4.09 |
| Southwestern Bell - SWBYPS | 33 | 4.77 |
| Simplex Time Recorder Co. | 36 | 1.99 |
| Bradley Printing, Inc. | 39 | 4.27 |

| Claimant Name | Claim # | Amount of Distribution |
|---|---|---|
| Dealers Electrical Supply | 42 | 4.79 |
| Haynes Feed House | 57 | 2.50 |
| Total Submitted to Clerk (Check #206) | | $ 31.69 |

DATED: November 17, 2009

Respectfully Submitted,

*/s/ Bob Anderson*
Bob Anderson, Chapter 7 Trustee
2110 Horseshoe Lane
Longview, Texas 75605-5628
Telephone: 903.232.1880
Fax: 903.232.1881

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice was mailed to the United States Trustee via electronic delivery on November 17, 2009.

*/s/ Bob Anderson*
Bob Anderson